```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CASTURAL THOMPSON                                          PLAINTIFF

    V.                  Civil No. 03-5307

WAL-MART STORES, INC.                                      DEFENDANT


<u>ORDER</u>

    In accordance with the mandate from the Eighth Circuit Court of Appeals of January 18, 2007, and the opinion and judgment of December 27, 2006, this matter came before the Court on February 15, 2007.  At that time, the parties advised that all outstanding issues were resolved.  Accordingly, the Court finds that Defendant's Motion that seeks attorney fees and costs is DENIED AS MOOT.

    It is so ordered this 15th day of February 2007.

<u>/s/ Robert T. Dawson</u>
Honorable Robert T. Dawson
United States District Judge
